MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
jfunk@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for LOZORYA JONES, and KRISTIN WOODS as Co-Guardian Ad Litem for LOZORYA JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> BEVERLY DADE, in her official capacity; RICHARD FULLER, in his official capacity; PATTI SCHULTZ, in her official capacity; PAT SKORKOWSKY, in his official capacity; HELEN J. STEWART SCHOOL; and CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE in his/her official capacity, DOES I through X, inclusive; and ROES I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-00282-APG-PAL <br><br><br> **STIPULATION AND ORDER** <br> **(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their response to Defendants Motion to Dismiss Complaint (Dkt. 7, filed 02/22/2019), currently due March 7, 2019 be extended through March 20, 2019.

This is Plaintiff's first request for an extension. Plaintiffs' counsel who is responding to Defendants' motion is relatively new to the law firm GANZ & HAUF. On March 6, 2019 Plaintiffs' counsel John C. Funk, Esq., contacted opposing counsel, Crystal Herrera, Esq., requesting an extension as a professional courtesy. Plaintiffs' counsel requested the extension of time to respond based upon various personal and professional deadlines. Plaintiffs' counsel is getting married on March 16, 2019 and has been heavily involved in planning, coordinating and combining households all of which have had specific deadlines. For example, Plaintiffs' counsel must move his fiancé out of her current residence by Saturday, March 9, 2019.

Plaintiffs' counsel has spent his evenings moving, planning and preparing for family who are coming to Nevada from outside of the state for this significant event. Plaintiffs' counsel has several other personal matters also occurring this week as well as other professional deadlines which could not be moved.

///

///

///

///

///

///

///

///

///

///

///

///

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

The partners in Plaintiffs' counsel's firm are also preparing for a 7-10 trial with a firm setting which starts on March 15, 2019 and have been unable to assist in this or other pending matters. Plaintiffs submit their request is made and based upon good faith without purpose for undue delay.

DATED this 6th day of March, 2019.

GANZ & HAUF

*/s/ Marjorie Hauf, Esq.*
_____
MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
jfunk@ganzhauf.com
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
*Attorneys for Plaintiffs*

DATED this 6th day of March, 2019.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

*/s/ Crystal J. Herrera, Esq.*
_____
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Ave.
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Email: Herrec4@nv.ccsd.net
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: March 7, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

