MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
jfunk@ganzhauf.com
GANZ & HAUF
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESHUN THOMAS, individually, and as Natural Parent and Guardian for LOZORYA JONES, and KRISTIN WOODS as Co-Guardian Ad Litem for LOZORYA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>BEVERLY DADE, in her official capacity; RICHARD FULLER, in his official capacity; PATTI SCHULTZ, in her official capacity; PAT SKORKOWSKY, in his official capacity; HELEN J. STEWART SCHOOL; and CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, DOE TEACHER'S AIDE in his/her official capacity, DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-00282-APG-PAL<br><br>**STIPULATION AND ORDER (SECOND REQUEST)** |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiffs to file their response to Defendants Motion to Dismiss Complaint (Dkt. 7, filed 02/22/2019), currently due March 20, 2019 be extended through March 27, 2019.

This is Plaintiffs' second request for an extension. On March 6, 2019 Plaintiffs' counsel John C. Funk, Esq., contacted opposing counsel, Crystal Herrera, Esq., requesting an extension as a professional courtesy. Plaintiffs' counsel requested the extension of time to respond based upon various personal and professional deadlines. Plaintiffs' counsel John C. Funk, was married on March 16, 2019 and had been heavily involved in planning, coordinating and combining households all of which had specific deadlines.

Plaintiffs' counsel had spent his evenings moving, planning and preparing for family who traveled in from out of state to Nevada for the wedding. Rather than going on his honeymoon Plaintiffs' counsel returned to work on Monday March 18, 2019 to work on all of his cases. Plaintiffs' counsel had been conducting research on this case in preparation for the opposition. Later during the day, the firm had an office meeting to discuss the new changes to the state rules. During the meeting various calendaring deadlines and changes were discussed under the new rules. Plaintiffs' counsel learned that he had seven different motions, oppositions, replies that were due this week on other matters. For example, Plaintiffs learned there was a motion to enforce settlement and for sanctions on a different matter where Plaintiffs' counsel were not even served with a copy of the motion. Defense counsel agreed to vacate the hearing and give Plaintiff time to file a written response which is due this week. Plaintiffs' counsel was not involved in the prior negotiations and has had to illicit the help of the firm's IT department to recover all the old emails from the prior attorney, who is no longer with the firm, who had negotiated the case. There were technical difficulties with the back up which had to be restored to allow access to the old emails in order to draft a response.

The issues raised in the instant motion to dismiss in this matter are more complex than a standard general negligence cause of action. Plaintiffs' counsel anticipates it will take an additional 2-3 days to conduct the necessary research of the law on the issues raised by defense counsel in order to formulate an appropriate response.



8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Therefore, the parties have agreed to a further extension up until March 27, 2019. Plaintiffs submit their request is made and based upon good faith without purpose for undue delay.

DATED this 19th day of March, 2019.

GANZ & HAUF

/s/ Marjorie Hauf, Esq.

MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
mhauf@ganzhauf.com
JOHN C. FUNK, ESQ.
Nevada Bar No. 9255
jfunk@ganzhauf.com
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
*Attorneys for Plaintiffs*

DATED this 19th day of March, 2019.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

/s/ Crystal J. Herrera, Esq.

S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Ave.
Las Vegas, NV 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Email: Herrec4@nv.ccsd.net
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: 3/19/2019

UNITED STATES DISTRICT COURT JUDGE

